IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

DOMINIC ANERICO VENZEN,

     Appellant,

v.                                Case No.    5D21-2642
                                    LT Case No. 2014-CF-001272-A-O

STATE OF FLORIDA,

     Appellee.

_____/

Decision filed November 29, 2022

3.850 Appeal from the Circuit Court
for Orange County,
Julie H. O'Kane, Judge.

Harold Deon Thompson, of DeNovo
Law, P.A., Orlando, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Alyssa Marie
Williams, Assistant Attorney General,
Daytona Beach, for Appellee.

PER CURIAM.

    AFFIRMED.

COHEN, SASSO and TRAVER, JJ., concur.